IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NAJA TALIBAH ZAHIR,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 21-CV-1023** |
| | : | |
| **JAMES MOUNTCASTLE,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 25th day of March, 2021, upon consideration of Plaintiff Naja Talibah Zahir's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Amended Complaint (ECF No. 5) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) for the reasons stated in the Court's Memorandum.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Juan R. Sánchez
**JUAN R. SÁNCHEZ, C.J.**